UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FRED GIVEANS,

    Plaintiff,

    v.                                     Case No. 3:23-CV-308-CCB-MGG

KZRV, LP,

    Defendant.

## ORDER

Pursuant to the Stipulation to Dismiss [DE 24] and Federal Rule of Civil Procedure

41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs.  The Clerk

is DIRECTED to close this case.

SO ORDERED.

April 17, 2024

       /s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT